IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-644-JLK**

**SHANNON FREEMAN, as personal representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased**,

      Plaintiffs,

v.

**GREGORY COSTA, PA-C;
DIANE VOYTKO, M.D.;
COLORADO MOUNTAIN MEDICAL, P.C, and
JOHN DOE and JANE DOE, whose identities are currently unknown,**

      Defendants.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

      Plaintiffs' Corrected Motion to Extend and Modify Discovery Limitations in Stipulated Discovery and Scheduling Order (Doc. 29) is **GRANTED** in limited part as follows:

      Tthe discovery cut off date for non-expert depositions is extended to by one month (plus four days) to **June 30, 2011.** The discovery cut off date to complete expert depositions is extended 90 days to **August 26, 2011.** The dispositive motion cut-off date is extended to **September 28, 2011**.

      Plaintiffs' request to increase the presumptive limits for depositions for <u>not</u> previously designated specially retained experts from 10 to 15 is **DENIED**. Depositions for any such additional witness or retained expert will require a discrete motion establishing good cause for the request. The presumptive limit on the number of depositions of previously designated experts is modified, but only to the extent necessary that permits the parties to depose any and all <u>retained</u> experts. Leave to take additional designated (but not retained) expert depositions may granted for good cause shown in a similar discrete motion for relief.

      The Court expects counsel to work diligently to complete discovery in this case and to extend to each other all professional courtesies necessary to that work.

_____

Dated: June 9, 2011