IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-644-JLK**

**SHANNON FREEMAN, as personal representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased**,

       Plaintiffs,

v.

**GREGORY COSTA, PA-C;**
**DIANE VOYTKO, M.D.;**
**COLORADO MOUNTAIN MEDICAL, P.C, and**
**JOHN DOE and JANE DOE, whose identities are currently unknown,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiffs' Unopposed Motion to Substitute Expert (Doc. 61), is **GRANTED**. The Court appreciates counsel's efforts to cooperate on the need to find a substitute for Dr. Rambeck at this stage of the proceedings and will promptly take up any issues regarding the scope of the substitute's opinions that may arise.

Dated: January 23, 2012