IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-644-JLK**

**SHANNON FREEMAN, as personal representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased**,

        Plaintiffs,

v.

**GREGORY COSTA, PA-C;
DIANE VOYTKO, M.D.;
COLORADO MOUNTAIN MEDICAL, P.C, and
JOHN DOE and JANE DOE, whose identities are currently unknown,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant Voytko's Motion for Extension of Time to File Bill of Costs (Doc. 71) is GRANTED to March 23, 2012, as requested. In the interim, Ms. Voytko is advised that federal law governs the nature and amount of costs available to prevailing parties under Fed. R. Civ. P. 54(d), which may be narrower than those available under state law. *See Chaparral Res., Inc. v. Monsanto Co.*, 849 F.2d 1286, 1292 (10th Cir. 1988)(holding taxation of expert witness fees limited to the per diem fee specified in 28 U.S.C. § 1821).

_____

Dated: March 16, 2012