IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-644-JLK-MJW

SHANNON FREEMAN, as Personal Representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased

    Plaintiffs.

v.

GREGORY COSTA, PA-C;
DIANE VOYTKO, M.D.; and
JOHN DOE and JANE DOE, whose identities are currently unknown,

    Defendants.

_____

## MINUTE ORDER
_____

Judge John L. Kane ORDERS

Plaintiffs' Unopposed Motion for Leave to Amend Complaint (Doc. 82) is filed after the pretrial conference in this case to conform the pleadings and caption to the facts and dismissals of parties achieved to date. The Motion is GRANTED and the Amended Complaint is ACCEPTED for filing. Under the circumstances, there is no need for the filing of an amended Answer. This case remains set for trial on October 29, 2012, with a Final Trial Preparation Conference on October 10.

May 22, 2012