**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: October 16, 2012 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 10-cv-00644-JLK | Court Reporter: Mary George |

| | |
|---|---|
| SHANNON FREEMAN, as Personal Representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGORY COSTA, PA-C,<br><br>    Defendant. | Judd Golden<br>Bruce A. Danford<br><br><br><br><br><br><br><br>David M. Jones<br>Richard L. Murray, Jr. |

### COURTROOM MINUTES

**Final Trial Preparation Conference**

**2:04 p.m.    Court in session.**

Court calls case. Counsel present.

Preliminary remarks by the Court.

The Court approves the stipulations submitted by counsel.

**ORDERED: Plaintiffs Stipulated Motion *In Limine* (Filed 9/4/12;Doc. No. 99) is GRANTED.**

**ORDERED: Defendant's Stipulated Motion In Limine (Filed 9/4/12; Doc. No. 102) is GRANTED.**

Discussion regarding designation of deposition testimony, witnesses, and jury instructions,

The Court states that it will make rulings on the specified depositions and jury instructions by October 23, 2012.

*10-cv-00644-JLK*
*Final Trial Preparation Conference*
*October 16, 2012*

**ORDERED:   Order of witnesses, and will-call witnesses shall be disclosed by October 25, 2012.**

Further discussion regarding Jury Instructions.

Discussion regarding exhibits, voir dire, and trial schedule.

The case will be tried to a Jury of 12.  Each side will be allowed 3 peremptory challenges.

**ORDERED:   Counsel shall arrive by 8:00 a.m. on Monday, October 29, 2012, and by 8:30 a.m. each day thereafter.**

**ORDERED:   Witnesses are sequestered.  Counsel is allowed one advisory witness to remain in the courtroom.**

**2:58 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 00:54