UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 1:10-cv-644-JLK-MJW

SHANNON FREEMAN, as Personal Representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased

    Plaintiffs,

v.

GREGORY COSTA, PA-C,

    Defendant.

## ORDER OF RECUSAL

Kane, J.

I have presided over a jury trial in the above captioned case and declared a mistrial. I believe my objectivity is compromised, and I therefore recuse myself and direct the Clerk to assign this matter to another judge drawn at random.

BY THE COURT: November 2, 2012

                                          s/John L. Kane
                                          HON. JOHN L. KANE
                                          DISTRICT COURT JUDGE