IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00644-JLK

SHANNON FREEMAN, as Personal Representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the estate of ROBERT HANNA, deceased,

    Plaintiffs,

v.

GREGORY COSTA, PA-C,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 2nd day of November 2012.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____        _____
Counsel for Plaintiffs                                      Counsel for Defendant