# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: November 21, 2012
Time: 38 minutes

**CASE NO.  10-cv-00644-PAB**

| Parties | Counsel |
|---|---|
| **SHANNON FREEMAN, Personal Representative of B.H., a child, and STEPHANIE HANNA, as representative of the Estate of Robert Hanna, deceased,** | Judd Golden |
| | Bruce Danford |
| Plaintiff (s), | |
| vs. | |
| **GREGORY COSTA, PA-C,** | Richard Murray, Jr. |
| Defendant (s). | |

## STATUS CONFERENCE

**10:33 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding how this case should proceed in light of the mistrial before Judge Kane and the re-assignment of this case to Judge Brimmer.

Comments by Mr. Golden.  Questions by the Court.

Page Two
10-cv-00644-PAB
November 21, 2012

Comments by Mr. Murray.  Questions by the Court.

Discussions regarding length of trial, pending motions and any additional motions counsel may file.

**ORDERED:** Defendant's Disputed Motion in Limine Regarding Liability Insurance (Doc #101) is **DENIED as MOOT.**

**ORDERED:** Defendant's motion for costs and attorney fees is due **December 10, 2012.**

**ORDERED:** Counsel directed to chambers to schedule an 8-day jury trial.

**11:11 a.m    COURT IN RECESS**

**Total in court time:        38 minutes**

**Hearing concluded**