IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00644-PAB-MJW

SHANNON FREEMAN, Personal Representative of B.H., a child, and
STEPHANIE HANNA, as representative of the Estate of Robert Hanna, deceased,

      Plaintiffs,

v.

GREGORY COSTA, PA-C,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on Judd Golden's Opposed Motion Requesting Bifurcation of Defendant Gregory Costa, PA-C's Motion for Attorneys' Fees and Costs Pursuant to 28 U.S.C. § 1927 and Request for Expedited Ruling [Docket No. 160].  Mr. Golden requests that the Court "bifurcate the issue of liability from the amount of sanctions for fees and costs issue."  Docket No. 160 at 4, ¶ 12.  Mr. Golden argues that bifurcation "would conserve judicial resources and be more efficient and economical."  Docket No. 160 at 6, ¶ 15.  The Court finds that, on the contrary, bifurcating liability from fees will multiply the proceedings.  Accordingly, it is

**ORDERED** that Judd Golden's Opposed Motion Requesting Bifurcation of Defendant Gregory Costa, PA-C's Motion for Attorneys' Fees and Costs Pursuant to 28 U.S.C. § 1927 and Request for Expedited Ruling [Docket No. 160] is DENIED.

DATED January 24, 2013.