IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10CV00644-PAB-MJW

SHANNON FREEMAN, as personal representative of BRYANT HANNA, a child, and STEPHANIE HANNA, as representative of the Estate of ROBERT HANNA, deceased,

    Plaintiffs,

vs.

GREGORY COSTA, PA-C,

    Defendant.

---

ORDER RE:
DEFENDANT'S UNOPPOSED MOTION SEEKING LEAVE OF COURT FOR GREGORY COSTA, PA-C TO ATTEND THE SETTLEMENT CONFERENCE BY TELEPHONE ( Docket No. 184-1 )

---

This matter comes before the Court on Defendant's Unopposed Motion Seeking Leave of Court for Gregory Costa, PA-C, to Attend the Settlement Conference by Telephone. Being fully advised, the Court GRANTS the Motion.

IT IS ORDERED that Defendant Gregory Costa, PA-C, may appear by telephone at the settlement conference set for April 17, 2013 at 1:30 p.m.

Dated this 10TH day of April, 2013.

BY THE COURT:

_____
Michael J. Watanabe, United States Magistrate