**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00644-PAB-MJW

SHANNON FREEMAN, Personal Representative of B.H., a child, and
STEPHANIE HANNA, as representative of the Estate of Robert Hanna, deceased,

    Plaintiffs,

v.

GREGORY COSTA, PA-C,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, and the jury rendered a verdict. Accordingly, it is

ORDERED that final judgment is hereby entered in favor of the defendant and against the plaintiffs. It is further

ORDERED that Plaintiffs recover nothing, the complaint is dismissed, and that Defendant Gregory Costa is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day of July, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk